IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02112-OES

KEVIN KELLY BILLINGTON,

    Plaintiff,

v.

DEREK STEPHENS, and
JIM ROBERTS,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff Kevin Kelly Billington is a prisoner in the custody of the Colorado Department of Corrections at the Huerfano County Correctional Center in Walsenburg, Colorado. Mr. Billington initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On October 24, 2005, Magistrate Judge O. Edward Schlatter entered an order directing the clerk of the Court to commence a civil action and directing Mr. Billington to cure a deficiency if he wished to pursue his claims in this action. Specifically, Mr. Billington was ordered to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as required pursuant to 28 U.S.C. § 1915(a)(2). On October 27, 2005, Mr. Billington filed a notice stating that he will withdraw the instant action.

The Court must construe the notice liberally because Mr. Billington is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

*Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the notice as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the notice filed on October 27, 2005, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 27, 2005, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this __1__ day of __Nov.__, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AMENDED CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02112-OES

Kevin K. Billington
Prisoner No. 96514
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk